```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY :
DISTRICT COUNCIL OF CARPENTERS :
PENSION FUND, WELFARE FUND, : 1:22-cv-9386-GHW
ANNUITY FUND, AND APPRENTICESHIP, :
JOURNEYMAN RETRAINING, : ORDER
EDUCATIONAL AND INDUSTRY FUND, et al.,:
                          Petitioners, :
:
       -against- :
:
P&J WOOD FLOORS, INC., :
:
                         Respondent. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

       On November 2, 2022, Petitioners filed a petition to confirm an arbitration award. Dkt. No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than November 26, 2022. Respondent's opposition is due January 2, 2023. Petitioners' reply, if any, is due by January 16, 2023.

       Petitioners are directed to serve the petition and supporting materials upon respondent by November 11, 2022 and to file an affidavit of such service with the Court by November 15, 2022.

       SO ORDERED.

Dated: November 4, 2022
New York, New York
                                                                     GREGORY H. WOODS
                                                           United States District Judge