USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                          :

TRUSTEES OF THE NEW YORK CITY  :
DISTRICT COUNCIL OF CARPENTERS  :
PENSION FUND, WELFARE FUND,      :      1:22-cv-9386-GHW
ANNUITY FUND, AND APPRENTICESHIP,  :
JOURNEYMAN RETRAINING,             :         ORDER
EDUCATIONAL AND INDUSTRY FUND,  :
TRUSTEES OF THE NEW YORK CITY  :
CARPENTERS RELIEF AND CHARITY FUND, :
and THE CARPENTER CONTRACTOR  :
ALLIANCE OF METROPOLITAN NEW YORK, :
                                                         :
                                    Petitioners, :
                                                         :
                          -v -                    :
                                                         :
P & J WOOD FLOORS, INC.,                 :
                                                         :
                                    Respondent. :
                                                          :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       In support of its motion for summary judgment, Dkt. No. 12, Petitioners filed a declaration by William Davidian. *See* Dkt. No. 13-1. In his declaration, Mr. Davidian declares that the "CBA binds Respondent to the policies, rules, and regulations adopted by the Funds. See Ex. B, Art. XV(D)." *Id.* ¶ 10. The Court's review of the CBA failed to reveal language to that effect in Art. XV of the CBA or elsewhere. Accordingly, Petitioners are directed to file supplemental briefing by February 23, 2022 clarifying the declaration of Mr. Davidian on this point.

       Furthermore, Petitioners are also directed to provide supplemental briefing explaining how the record supports the designation and use of J.J. Pierson as the arbitrator here, given that the CBA lists Roger Maher, Richard Adelman, or Bonnie Weinstock as the only designated arbitrators. CBA

Art. XI(H).  Petitioners are further directed to serve this order on Respondent and to retain proof of service.

    SO ORDERED.

Dated: February 21, 2023
       New York, New York

                                                GREGORY H. WOODS
                                               United States District Judge