UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND; WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY
FUND, CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW
YORK, and NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS,

                        Petitioners,
   -against-                                            22 **CIVIL** 9386 (GHW)

                                                            **JUDGMENT**

P&J WOOD FLOORS, INC.,

                        Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 23, 2023, the petition to confirm the arbitration award is GRANTED. Judgment is entered in the amount of $117,742.44, which consists of the arbitration award of $115,264.89, attorneys' fees of $2,391, and costs in the amount of $86.55. Post- judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full; accordingly, the case is closed.

**Dated:**  New York, New York

        February 24, 2023

                                                                 **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                                   **BY:**      *K. Mango*

                                                                    **Deputy Clerk**